COA #  08-12-00125-CR    OFFENSE:  21.11

STYLE:  Ismael Mendoza v. The State    COUNTY:  El Paso
of Texas

COA DISPOSITION:  Affirm    TRIAL COURT:  120th District Court

DATE: 04/25/2014    Publish: No   TC CASE #:    20100D04944


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:  Ismael Mendoza v. The State of
Texas    CCA #: _____

_____APPELLANT'S_____ Petition    CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_____REFUSED_____    JUDGE: _____
DATE: _01/14/2015_    SIGNED: _____  PC: _____
JUDGE: _____    PUBLISH: _____  DNP: _____

    ------------------------

    _____ MOTION FOR
    REHEARING IN CCA IS: _____
    JUDGE: _____